# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **8:18 M J2 1 6 6 TGW** |
| BROOKS THOMAS NESBITT | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 2014 to the present___ in the counties of ___Pinellas; Pasco; Hernando___ in the

___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud |
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Deutsch, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Dec. 19, 2018**

_____
*Judge's signature*

City and state: ___Tampa, Florida___

THOMAS G. WILSON, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Deutsch, being duly sworn, depose and state the following:

## I.    INTRODUCTION

1.    I am a Special Agent with United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), and have been so since 2007. I am currently assigned to the Financial Investigations Group of the HSI office in Tampa, Florida, and have investigated matters involving the movement of illicit proceeds and money laundering, particularly in relation to violations of 18 U.S.C. § 1956, which makes it a federal crime for any person to knowingly conduct or conspire to conduct an international financial transaction with the proceeds of a specified unlawful activity for the purpose of concealing or disguising the nature, location, source, ownership, or control of the proceeds of a specified unlawful activity. As a Special Agent, I am authorized to investigate violations of the laws of the United States and execute arrest and search warrants issued under the authority of the United States. Prior to joining HSI, I earned a Certified Public Accounting license in the state of Florida and a master's degree in accounting.

2.    This affidavit is submitted in support of a criminal complaint charging **Brooks Thomas NESBITT** with:

a.    Conspiracy to commit wire fraud (18 U.S.C. § 1343), in violation of 18 U.S.C. § 1349; and

b.    Conspiracy to commit money laundering (18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i)), in violation of 18 U.S.C. § 1956(h).

1

3. The information contained in this affidavit is based in part on information obtained from a review of investigative reports completed by law enforcement, conversations with law enforcement officers, review of electronic evidence, results of grand jury subpoenas, subject interviews, and records from various businesses. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that the above offenses have been committed and that **NESBITT** committed them. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related only in substance and in part, and are not intended to be verbatim recitations. When a date is listed, I mean that the event occurred "on or about" that date. When a time period is listed, I mean that the event occurred "in or around" that time period.

## II.   PROBABLE CAUSE

### A.   BACKGROUND AND RELEVANT TERMINOLOGY

4. The term "boiler room" fraud, as used in this investigation, refers to a type of mass marketing scam in which high pressure sales techniques are used to defraud individuals who believe that they are investing substantial amounts of money in regulated financial products or markets.

5. A boiler room is a physical office that purports to belong to a bona fide investment company, such as a stock or commodity broker. Most boiler rooms are located outside of the United States, frequently in Europe and Asia. The boiler rooms claim to sell a variety of securities and other financial products, including shares in public companies that are purported to be real and valuable. In reality, though, the

securities or other products are non-existent and worthless. Sometimes, the boiler rooms will claim that they can offer would-be investors an opportunity to buy into an initial public offering ("IPO") of a well-known, legitimate company, such as SpaceX. In such instances, the boiler room sales agent may claim to be the exclusive broker of the IPO, supposedly on behalf of the legitimate company. In truth, however, there is no IPO, or, if one is expected to occur, the boiler room has no ability to actually participate in it; rather, the IPO is used as a lure to convince victims that they have unique access to an investment that will quickly yield a profit.

6.     The boiler rooms will often identify and target victims by purchasing shareholder information from company registrars or acquiring client lists from legitimate investment companies, or even other boiler rooms and fraudsters. Boiler rooms tend to choose fake names that are variations of existing investment companies or that combine generic, corporate terms. This is done to make the company appear to be genuine and to lull potential victims. The boiler rooms also try to create a high-quality, professional marketing image for the company, including glossy websites, virtual offices, and answering services, so that victims can research the company and feel assured that it is legitimate. In some cases, boiler rooms have even created fake regulator websites to assuage victims' concerns and make it seems that the company is registered with the proper authorities. Additionally, the boiler rooms will send victims stock certificates and paperwork, as well as direct them to online investment portals that list their shares, all of which appear authentic.

7.     Once the boiler rooms have identified people to target, their sales agents work from scripts, complete with canned responses and explanations, and use fake names. Sometimes, the boiler rooms will recruit agents who are from the same regions as the victims and who have the same accents or dialects, to gain the victims' trust and confidence. For example, victims to be targeted in the United Kingdom or Australia may speak with a sales agent who is from the United Kingdom and has a British accent. Sales agents then use "hard-sell" or high pressure tactics in repeated phone calls and emails with the victims to convince them to send their money for the sham investment.

8.     Certain boiler room sales agents are also trained to engage in a practice that is commonly referred to as "loading." Loading occurs after the sales agents convince the victims to make their initial investments, often in smaller amounts to test the waters. The agents will then convince the victims to invest substantially more money once they have committed to the investment. For instance, sales agents may ask a victim to buy shares in a public company, such as Tesla, Inc., for a few thousand dollars. Once the victim has done so, they will follow up and offer an exclusive chance to buy into the upcoming IPO for a related entity, such as SpaceX. At that point, they will ask the victim to make a much larger share purchase and promise them a fast profit once the company goes public. Other times, the sales agents will claim that a victim can make money by joining other supposed investors in buying stock in a company, but that there is a minimum purchase threshold that they must meet in order to participate.

9.     Furthermore, the boiler rooms frequently create phony obstacles that prevent the victims from claiming their profits or cashing out the investment entirely.

4

They may create and introduce new personas, such as bankers, securities regulators, and law enforcement authorities, with whom the victims must interact. Those people go on to tell the victims that they cannot sell their shares or realize a profit unless they pay fees and taxes, or acquire even more stock. Only when the boiler room has convinced a victim to exhaust all of their savings and potential sources of income will the communications stop. Typically, victims do not discover that they have been defrauded until the sales agents cease speaking to them and effectively disappear.

10.     The boiler rooms often direct victims to wire the money for their supposed investments to bank accounts in developed countries, particularly in the United States and Europe. The term "escrow account" or "funnel account," as used in this investigation, refers to bank accounts, typically located in the United States, including the Middle District of Florida, into which boiler room sales agents told victims to wire their funds. Contract money launderers and other associates of the boiler rooms operate these accounts and launder the victim proceeds through them in exchange for a fee, which is often a percentage of the victims' incoming wires. It is often the case that the money launderers will rapidly move victim funds from the initial "receiver" or "client" bank account into a network of secondary bank accounts or directly overseas to the boiler room operators. Through this process, the money launderers can conceal the source of the funds before the victims or banks discover the fraud and try to recall the money abroad. The boiler rooms and money launderers usually require a large network of such bank accounts to successfully promote and continue the fraud, as banks eventually discover what is occurring and close the accounts.

11.     The term "shell company," as used in this investigation, refers to a company that money launderers create and operate to lend legitimacy to the escrow accounts. The escrow accounts will be opened in the name of the shell companies. The shell companies have no legitimate business purpose and no physical presence except a post/package office box address, but their operators may provide documentation to the banks to try to create an air of legitimacy. The accountholders will misrepresent the purpose of the accounts to bank employees by claiming that the company does real work in fields that may involve frequent wires transfers, such as debt collection, factoring, payroll processing, consulting, and real estate. Conspirators may also establish websites that seem to belong to functional businesses, to lull victims who are directed to wire money into these escrow accounts.

## B.     HISTORICAL INVESTIGATION INTO MARY KATHRYN MARR

12.     In or around March 2011, the United States Secret Service in Tampa received information about bank accountholders in the Middle District of Florida who had unusual account activity that was indicative of an investment fraud or boiler room scheme. The bank accounts were receiving numerous incoming wire transfers from persons in the United Kingdom and elsewhere in Europe. After receiving these funds, the accountholders wired large sums to various foreign banks accounts. In response to this information, HSI began its criminal investigation, which the Internal Revenue Service, Criminal Investigation Division ("IRS-CI"), later joined as well.

13.     The HSI investigation revealed that the proceeds being wired into the bank accounts in the Middle District of Florida were the result of frauds that were carried out

6

by boiler rooms. **Mary Kathryn Marr** contracted with the boiler rooms and oversaw global money laundering networks that facilitated the transfer of funds on behalf the boiler rooms, and other fraud schemes, across the world. Since at least 2009, **Marr**, a Canadian and United States citizen, has operated theses complex networks, which include escrow accounts and shell companies, to launder the proceeds of fraud. In order to carry out the conspiracies, **Marr** recruited several individuals in the United States and elsewhere to open escrow accounts and shell companies, including Middle District of Florida residents **Michel Marc Chateau**, and **Douglas Edwin Casimiri**, as well as several other individuals in Florida and throughout the United States.[1] **Chateau, Douglas Casimiri**, and others have acted as "escrow agents" or "money mules" responsible for creating the shell companies and opening associated bank accounts, in exchange for a percentage of the funds that passed through them. **Chateau** and **Douglas Casimiri** have also both recruited other individuals to open bank accounts at their direction.

14. From at least October 2014 until at least June 2018, **Marr's** network of boiler rooms carried out fraud schemes that resulted in the loss of tens of millions of dollars by victims around the world, including in Australia, New Zealand, and the United Kingdom, as well as an assortment of other countries in Europe and Asia. As

---

[1] **Marr, Chateau**, and **Douglas Casimiri** are charged in the Middle District of Florida with various money laundering offenses, in case number 8:18-cr-167-T-17JSS. Marr is currently pending extradition from Serbia to the United States. **Rose Casimiri**, the ex-wife of **Douglas Casimiri**, and **Albert Michael Rivere**, who resided in South Florida and also worked with **Marr**, are charged with various money laundering offenses in case number 8:18-cr-467-T-17AAS.

part of the investigation into **Marr** and her associates, HSI and IRS-CI acquired extensive evidence, including business records and financial institution records, electronic evidence, such as emails and text messages, and witness interviews. United States authorities have lawfully searched cell phones and computers belonging to **Marr** and other co-conspirators, such as **Chateau**, and have identified email accounts that they used to carry out their boiler room fraud and money laundering activity.

15. The investigation has revealed that **Marr**, **Chateau**, and others recruited and paid people in the United States to open dozens of bank accounts in the names of shell companies. The shell companies were registered in Florida and other states to make them seem real. Once the bank accounts in the United States were opened, **Marr** gave the account information to the boiler rooms. The boiler rooms then convinced their victims to wire their money into the accounts in the United States, so that they could get the stock or profit that they had been promised.[2] Most of the victims sent their money to bank accounts in Florida, including more than $10 million that went to accounts in the Middle District of Florida. **Marr** and her co-conspirators then moved the victims' money through more bank accounts in the United States and wired most of it back overseas, to repay the boiler rooms and other conspirators. **Marr** and her co-conspirators in the United States also usually kept a percentage, generally between five and ten percent, of the amount each victim wired into their accounts. To date, HSI has

---

[2] In addition to the boiler room activity involving the sale of fake investments, **Marr** and her co-conspirators also laundered funds from miscellaneous other frauds. These included fraudsters who targeted people possessing gem and precious stone collections, which they then offered to purchase for an inflated price after the collectors paid bogus fees up front, and others who fraudulently induced people to pay money to renew trademarks and patents.

identified more than 3,000 victim transactions across more than 260 bank accounts associated with **Marr** and **Chateau** since 2010. Since just 2014, HSI has identified hundreds of victim transactions across more than 25 bank accounts in Florida alone.

## C.   NESBITT'S WORK WITH MARR

### i.   *Resumed Boiler Room Activity and Allied Securities Corporation*

16.   The investigation has revealed that **Marr** and **NESBITT** have worked together to carry out fraud and money laundering activity for several years. Bank records show that escrow accounts that **Marr** controlled in the United States, which were used to launder fraud victims' funds, wired out money to accounts controlled by **NESBITT** in Thailand since at least 2011.

17.   **NESBITT** is a citizen of Canada who most recently has been residing in Thailand. Electronic communications show that **Marr** and **NESBITT** began conspiring to defraud new victims through boiler rooms in Asia in late 2014. Beginning on December 27, 2014, and continuing through January 9, 2015, **Marr** and **NESBITT** exchanged messages[3] with each other via WhatsApp. Those messages included the following:

| Sender | Message |
|---|---|
| Marr | I'm trying to focus n stay good |
| NESBITT | Me to…But still got spending issues…Cash is my crack |
| Marr | Me too…And I never have enough |

[3] Unless otherwise noted, the messages between **Marr** and **NESBITT** that are discussed in this affidavit were located on **Marr's** cell phone following a lawful border search of her devices in July 2016. **Marr** had several contact names and phone numbers listed for **NESBITT**, including "Broooksiiiiee," "Brooks June 18," and "Brother Br Thai." The phone number associated with the "Broooksiiiiee" contact contained an area code for Ontario, Canada, and the other two contacts contained the country code for Thailand.

| NESBITT | We gotta make shit loads this year gotta get this pressure off...But I got my good loader back...Should hit |
|---------|---------|
| Marr | OK if I can help let me know we need to talk about the leads can I call u tomorrow and I'll write this guy a email what u want to do...He gets 5000 a day...Also has a qt room with a guy from the biz...He isn't using it he sells supliemnts...He told me how many he gets then the load on his products but half the roOm qualify us...All foreign |
| NESBITT | I hope I borrowed loads of cash...Just booked a 3 bedroom suite at trump |
| NESBITT | We're cracking on next Monday hopefully some loads coming I need ut |
| Marr | Ok. So u guys up and running? |
| NESBITT | There just starting today |
| Marr | I will have those allied ones done for u this week |
| NESBITT | Sweet...I've just floatedcompanyies |
| Marr | I have warm leads as tho they are expecting a call with in 10 days. I have regs I also have long stock holders lists. About 10,000 in total |
| NESBITT | Well let's get rolling...I'm in the office as of Monday...Running the show myself...Send me some leads to Crack on with...also lets discuss opening small tq office |
| NESBITT | Just got back here... |
| Marr | OK cool whip them...I'm late on house and Phone due Monday..Best them up...Lol |
| NESBITT | Don't worry |
| NESBITT | Send me the 5 know next payroll got to pay opener send to uob Thailand charlotte...My loader is going to work monday |
| Marr | Awsome |

18.     Based on my training, experience, and familiarity with this investigation, I believe that, in these conversations, **Marr** and **NESBITT** discussed resuming boiler room fraud and money laundering activity together. Initially, the two discussed money issues and their desire for more cash. **NESBITT** then said that he got his "good loader back." As discussed above, "loading" refers to a practice whereby the boiler rooms swindle larger sums of money from victims once they have been hooked. **Marr** responded that she could provide sales leads, meaning the names of potential victims, to

10

NESBITT, and she and **NESBITT** talked about whether **NESBITT's** new boiler room office in Thailand was operational yet.

19.    **Marr's** text message conversations with **NESBITT** continued over the next several days. During that time, Marr again discussed providing sales leads to **NESBITT** for the boiler room. For example, on January 13, 2015, Marr wrote, "Hey if u are selling gold I have a list 400 investors from own gold. Owner was pinched look online. If u want it let me know." Own Gold LLC was the name of a shell company that associates of **Marr** used to carry out a sophisticated boiler room fraud scheme that obtained approximately $7 million from more than 400 victims between 2011 and 2014. Some of those associates were charged and convicted in the Middle District of Florida in the case of *United States v. Naadir Cassim et al.*, case number 8:14-cr-58-T-35AEP.

20.    Over the weeks that followed, **Marr** and **NESBITT** continued to discuss the anticipated boiler room activity. Between January 26, 2015 and February 5, 2015, **Marr** and **NESBITT** exchanged messages with each other via WhatsApp. Those messages included the following:

| Sender | Message |
|---|---|
| Marr | Lets get going any deals...I have the new allied ones also |
| NESBITT | Yes coming should have a 36..A 10...And I'm hoping for lots of opens this week...3 fresh the loader is pitching this week...slept there last night |
| NESBITT | Send me an allied account...I'll start using today...Alliedcapitalinc.com...is up |
| Marr | Ok cool will send let get going dying I've here need business |
| NESBITT | Mee too...my expenses are killing me |
| NESBITT | My bad streak us up tt in 10100 and 2 deals written in ao Room |
| Marr | Ok. Any way I can help to get deals moving? |
| NESBITT | It's starting bow...Now...If I'm there there on the phones |
| Marr | Ok good |

| NESBITT | So I'm sticking around for awhike |
|---------|-------------------------------------|
| NESBITT | Jack just emailed me |
| Marr | Ignore him please…I fired him |
| NESBITT | OK |
| Marr | He kept making errors |
| NESBITT | I live 5 minutes from office |
| Marr | I have some crazy loaders give them the old work…Also send me stuff I'll qualify and have people |
| NESBITT | I sent already |
| Marr | Ok great |
| NESBITT | I will forward some work to loader tonight…to your email |
| Marr | Ok great and all the info please…Where he calling from ext…Also how many points u paying hi |
| NESBITT | 15 |
| Marr | Ok will call him in am and have him do it |

21.     Based on my training, experience, and familiarity with this investigation, I believe that, in these conversations, **Marr** and **NESBITT** discussed having **NESBITT** and his boiler room begin targeting victims on behalf of a boiler room using the name Allied Capital.  As discussed in more detail below, a boiler room using that name went on to defraud several identified victims in Europe over the following months.  **NESBITT** asked **Marr** to send him "an allied account," meaning an escrow bank account to receive victim funds, which he would "start using today."  He even gave her the name of the fake website that was associated with Allied Capital.  **NESBITT** also talked about having a new "loader," said that he was having deals written in his "Room," and described how he was making his sales agents work the phones.  **NESBITT** further said that he lived only five minutes away from the boiler room office in Thailand.  **Marr** even offered to help **NESBITT** with sales agents and loading, to "help to get deals moving."

She also learned that **NESBITT** was paying one of the loaders 15 points, or 15 percent, of the funds that he brought in for the boiler room.

22.    Between February 7, 2015 and February 9, 2015, **Marr** and **NESBITT** exchanged more messages with each other via WhatsApp.  Those messages included the following:

| Sender | Message |
|--------|---------|
| Marr | Also I have a lot of young girls begging me for work we should set up a small call center…We should do a qt small office Even a Regus |
| Marr | I can get like 5-10 chicks. So let's make some money on the book and I'll invest in getting one marketing company going |
| NESBITT | OK…sounds good |
| NESBITT | Monday send the dough directly to me…Brooks Nesbitt Kasikorn Bank [redacted]3001… |
| NESBITT | I got all cards ready…Site is up…Alliedsecuritiescorporation.com |

23.    On February 11, 2015, **NESBITT** sent **Marr** a message that read, "Info@allied securities corporation.con," followed by one that read, "No spaces."  As discussed below, that email address was used to communicate with victims who were defrauded in investment schemes.  Between February 16, 2015 and February 18, 2015, **Marr** and **NESBITT** exchanged the following messages with each other via WhatsApp:

| Sender | Message |
|--------|---------|
| Marr | What's the company email? |
| NESBITT | Info@alliedsecuritiescorporation.com |
| NESBITT | Saw the email…I'm doing it iw..SendING switch and statement to them all…Pain in the arse |
| Marr | I am up we all set? |
| NESBITT | I'll start sending emails in 20 |
| Marr | Ok great…Phone forwarded?…U guys still opening…Fresh?…Make sure you u send me what product we can sell |

Based on my training, experience, and familiarity with this investigation, I believe that, in these conversations, **Marr** and **NESBITT** were finalizing the details needed to begin

contacting victims on behalf of Allied Capital, also known as Allied Securities Corporation, to convince them to send money to **Marr's** bank accounts in the United States. In the last message, **Marr** asked **NESBITT** if he had set up phone forwarding for the boiler room calls and if he could tell her the name of the product (i.e., stocks and other investments) that the boiler room would claim to sell.

### ii. *Chateau and Consortium Solutions International LLC*

24.     One of the fake companies that **Marr** and **Chateau** used to carry out their money laundering activity on behalf of the boiler rooms was Consortium Solutions International LLC ("CSI"). Another one of **Marr's** co-conspirators incorporated CSI in Florida in October 2014. Records from the Florida Department of State, Division of Corporations, show that **Chateau** was later added as the manager and registered agent for CSI in March 2015. The investigation has revealed that CSI was purely a shell company that **Marr** and **Chateau** used to create and operate escrow accounts to launder illicit proceeds.

25.     Bank records show that, on March 23, 2015, about three weeks after he took over CSI's corporate papers, **Chateau** opened an account in the name of CSI at Jefferson Bank at a branch in Palm Harbor, Florida. When **Chateau** opened the account, he claimed to be a financial advisor who was the sole owner of CSI, based in Miami. A search of Florida's financial adviser database reveals that **Chateau** was never registered as a financial adviser, as required by Florida law.

26.     Bank records show that, on March 27, 2015, **Chateau** opened another account in the name of CSI at TD Bank (account number ending -7342), at a branch in New Port Richey, Florida. On March 28, 2015, **Chateau** emailed **Marr** and said:

> "Hey, Think about his. Right now wires will be coming from England to Jefferson bank and TD bank in Consortium Solutions accounts. Both banks will be watching closely as the money goes right away out of the account to foreign destinations, creating potential problems like documentations, invoices etc. Now picture this. Money received Internationally to Jefferson and TD bank is wire thru a domestic wire or deposited with a check into a 3rd bank in the USA. Jefferson and TD bank won't be suspicious as the money is going in the US. The 3rd bank with a different business name will now be wiring the money offshore. That 3rd bank may not be as suspicious as the money wired offshore originated from the USA…"

On March 31, 2015, **Marr** replied, "It sounds like a good idea to me."

27.     Based on my training, experience, and familiarity with this investigation, I believe that, in this conversation, **Marr** and **Chateau** began discussing the concept of what they later would call a "buffer" account. The term "buffer" refers to a secondary bank account in the United States that was used to transfer and conceal foreign victims' money, so that banks would not see the victims' incoming wires immediately wired back out to accounts overseas. Instead, the transfer to the secondary account would seem to merely be coming from another domestic account, which would look less suspicious to the banks.

28.     On September 3, 2015, **Chateau** opened another account in the name of CSI at Ocean Bank (account number ending -6805), at a branch in Miami. He also added the doing business as name of "Getco USA." When he opened the account,

**Chateau** indicated that the business had two employees and that it was engaged in factoring, which was untrue.

### D.    NESBITT'S DEFRAUDING OF A VICTIM IN GERMANY

29.    Bank records show that, between May 2015 and August 2015, a person in Germany ("Victim-1") sent approximately $392,285 to **Chateau's** CSI account at TD Bank. German authorities have interviewed Victim-1, and HSI has received a report of the information that he provided. Victim-1 revealed that he sent his money to **Chateau's** bank account believing that he was buying shares of stock in United States companies, such as Twitter and Box, Inc. Victim-1 agreed to send the money to make those purchases after a company that claimed to sell investments contacted him. The company's name was initially "Allied Securities Corporation" and, later "Allied Capital Inc." Victim-1 never received the stocks or profit promised, and he did not recover any of the money that he sent to the bank accounts in the United States.

30.    On May 7, 2015, **Marr** sent an email to *info@alliedsecuritiescorporation.com*, which was the "company" email account that **NESBITT** had sent her in February of that year. The email account was also the one of the addresses that Victim-1 interacted with while being defrauded. The subject line of the email listed the word "Trade," followed by a variation of Victim-1's last name. The body of the email read:

> "1000 shares of TWTR buy @ 33.94 = 33,940 USD
> 5000 shares of BOX @6.50  = 32,500 USD
> Grand total = 66,440
> Plus any fee's ext
> Due Immediately
> PUT HIM IN THE NEW TD BANK... Just cause we going to light him up for like a M... DONT USE BOA33

Please send me copy of the trade ticket."

31.     TWTR is the New York Stock Exchange stock symbol for Twitter Inc. and BOX is the stock symbol for Box Inc., a cloud storage company. Based on my training, experience, and familiarity with this investigation, I believe that, in this conversation, **Marr** was communicating with **NESBITT** and his boiler room about the fake shares of stock that were to be sold to Victim-1. **Marr** told the boiler room to instruct Victim-1 to send his money to **Chateau's** CSI account at TD Bank and bragged that they were going to "light him up for like a M[illion]." She also asked for confirmation of Victim-1's wire transfers or "trade ticket."

32.     Bank records show that on May 14, 2015, Victim-1 wired approximately $67,069 to **Chateau's** CSI account at TD Bank, which corresponds to the $66,440 figure, plus fees, that **Marr** wrote in the email. On May 15, 2015, **Chateau's** CSI account at TD Bank wired approximately $40,191 to an account at Kasikorn Bank in Thailand (account number ending -3001), which was held in **NESBITT's** name ("Brooks Nesbitt, Pekhasem Road Soi 156, Heights 2 House 160, Huahin, Thailand").

33.     On June 12, 2015, **Marr** and **NESBITT** exchanged the following messages with each other via WhatsApp:

| Sender | Message |
|---|---|
| NESBITT | Cool I sent im expecting big week next week from b with [Victim-1] and my other guy here at least 150 plus |
| Marr | Ok great |
| NESBITT | Just from us…if b does 100 then 250 |
| Marr | Woohoo he calls [Victim-1] tomorrow |
| NESBITT | Ian a complete waste of time…Kust drinks himself to death everyday…Yeh just falls aaslep in tge office…Ill be lucky to get an open out of him |

17

| Marr | Where the new office? |
|---|---|
| NESBITT | Tqs are in philipenes…Aos are in thailand…Town called huahin |

34.     **Marr** and **Chateau** also exchanged WhatsApp messages on June 12, 2015.
In relevant part, **Marr** said, "More coming 150…and 150 so 300," and **Chateau** replied,
"300 I like it." On June 17, 2015, **NESBITT** told Marr via WhatsApp, "My guy is one
the best in tge world that why I partnered up." **Marr** responded, "The other guy is
paying [Victim-1] right," and **NESBITT** clarified, "No [Victim-1]is b…[Victim-1]is only
b." **Marr** then said, "Yes b said he is paying." Later, **NESBITT** said, "Tt *[telegraphic
transfer]* in 157k." Marr asked, "Great [Victim-1]?" and **NESBITT** replied, "Yes."
That same day, **Marr** messaged **Chateau**, "Tt *[telegraphic transfer]* in 157…woohoo."

35.     Bank records show that, on June 19, 2015, Victim-1 sent approximately
$157,222 to **Chateau's** CSI account at TD Bank. On June 22, 2015, **Chateau's** CSI
account at TD Bank wired approximately $7,235 to **NESBITT's** account at Kasikorn
Bank in Thailand (account number ending -3001).

36.     On June 29, 2015, **Chateau's** CSI account at TD Bank wired
approximately $47,050 to **NESBITT's** account at Kasikorn Bank in Thailand (account
number ending -3001). That same day, **Chateau's** CSI account at TD Bank wired
approximately $47,050 to an account at Bank of Ayudhya in Thailand (account number
ending -2749), which was held in the name of J.G.[4] Based on my familiarity with this
investigation, I am aware that J.G. resides in Thailand with **NESBITT** and has been in a
romantic relationship with him.

---

[4] I have substituted J.G.'s full name, as it appears on the bank records, for her initials.

37.     On July 2, 2015, **Marr** and **NESBITT** exchanged messages with each other via WhatsApp, including the following:

| Sender | Message |
|--------|---------|
| Marr | What company am I calling from |
| NESBITT | Allied capital |
| Marr | Ok cool |
| NESBITT | U guys have 40 points to play with ive got 30 people to support |
| Marr | I have to pay the banker also...N I have my own squad of people |
| NESBITT | It doesn't amount to 30 and 2 offices |
| NESBITT | U pay the banker peanuts...60 40 [Victim-1]s next trade ill do 55 35...55 45 sorry...But only [Victim-1]s next trade...Plus its costing me 2 gs just to build a fucking online tradeing platform... |

38.     Based on my training, experience, and familiarity with this investigation, I believe that, in this conversation, **Marr** and **NESBITT** discussed **Marr's** contacting victims on behalf of Allied Capital, as well as the percentages that each of them were to earn from Victim-1's funds. **NESBITT** explicitly said that he had to pay 30 employees across two offices and that **Marr** and her associates would earn 40 percent of Victim-1's money. **Marr** also noted that she had to pay "the banker," meaning the escrow accountholder, such as **Chateau**. In response, **NESBITT** complained that **Marr** did not have as many expenses as he did and that he also was responsible for building an online trading platform for the victims to use.

39.     Between August 3, 2015 and August 5, 2015, **Marr** exchanged more WhatsApp messages with **Chateau**. In relevant part, **Marr** said, "He paid today," and **Chateau** replied, "Hey did they sent u the tt *[telegraphic transfer]* by any chance?" **Marr** then said, "As soon as I have u will they are in Asia not open yet," and **Chateau** replied,

"83997 came in. Not 100." Bank records show that, on August 5, 2015, Victim-1 sent

approximately $83,997 to **Chateau's** CSI account at TD Bank.

40.　　On August 2, 2015—three days before Victim-1 sent his payment of

$83,997 to **Chateau's** TD Bank account—**Marr** wrote an email to

*info@alliedsecuritiescorporation.com* that contained a draft message to be sent to Victim-1.

It read:

> "Dear [Victim-1], We have received your email request and I have spoken to Mr.
> Kingsford and his reply to me was the following. "Please tell [Victim-1] that his
> twitter trade was Via a block trade, I have spoken to [Victim-1] and he
> understands we are locked into this trade while twitter makes an adjustment. We
> also do no want to take any losses during this readjustment when solid profits are
> only 60 days away. [Victim-1] knows my trading practices and has agreed to
> trade with the company and their block heavily discounted trades. Also remind
> him we have agreed and traded a investment strategy on Netflix to reach total
> shares of 5000 to have [Victim-1] Ready for the corporate trade in the final
> quarter of Netflix witch will double his original investment. Please let [Victim-1]
> know I am wrapping up the oil fracking deal I spoke to him about in North and
> South Dakota and will be back by late next week and I will call him then. Also
> please give [Victim-1] the company we have a joint venture agreement with to
> hold our corporate shares for privacy reasons. Let him know this is a private
> trust we use for the purpose of safety for both the company and the clients. Have
> [Victim-1] submit his payment for the 1300 shares of Netflix Monday and please
> move his credited shares as I requested personally from the corporate account so
> that his balance shows him his potential gains as of Monday to help him better
> understand that our long term strategy is far greater and far stronger than today's
> short term trades and potential losses.
>
> Good day...and thank you for your immediate attention to this situation while
> I'm away closing the fracking deal for the benefit of all. Great work this week
> team...let's close out 2015 with a big bang!"
>
> If you have any further questions please give me a call or an email.
> Warmest Regards,
> Catherine."

41.　　Email records show that *info@alliedsecuritiescorporation.com* later sent this

message to Victim-1, who wrote back about the Netflix shares. The

*info@alliedsecuritiescorporation.com* account then forwarded Victim-1's response to **Marr** and said, "Good email he's doing it." **Marr** later replied, "I just noticed that I sent it to him 5 minutes ago he now has hong kong company there swell."

42.     On August 10, 2015, **Marr** wrote an email to *info@alliedsecuritiescorporation.com* that contained a variation of Victim-1's last name in the subject line. In the body of the email, **Marr** said, "Pays tomorrow :) Tuesday." On August 19, 2015, **Marr** wrote another email to *info@alliedsecuritiescorporation.com*. The subject line again contained a variation of Victim-1's last name, and the body of the email read:

> "Hi I couldn't get him please double check this. and email him.
>
> Dear [Victim-1], I tried to contact you today regarding your final settlement for Netflix. Mr. Kingsford is attempting to settle you account this morning and noticed your payment has not cleared. Please send the proof of payment so I can settle your account and let Mr. Kingsford know we have completed the transaction. Have a nice day and we hope you are having a wonderful vacation. Warm Regards, Catherine Scallerie."

43.     A few minutes later, **Marr** sent yet another email to *info@alliedsecuritiescorporation.com*. The subject line was, "Traveling," and the body of the email said:

> "Please email me the following cards as I can call from NYC.
>
> [Victim-1]
> Oomen
> [Victim-2][5]
>
> TY."

---

[5] Victim-2, a resident of Scotland who was defrauded by a similar boiler room investment fraud scheme, is discussed in more detail below.

Based on my training, experience, and familiarity with this investigation, I believe that, in this conversation, **Marr** was likely referring to cards containing the profiles and fake investment information for these three victims, so that she could contact them on behalf of **NESBITT's** boiler room to defraud them of more money.

44. On August 25, 2015, Victim-1 sent approximately $83,997 to **Chateau's** CSI account at TD Bank. On August 28, 2015, **Chateau's** CSI account at TD Bank wired approximately $49,253 to **NESBITT's** bank account at Kasikornbank in Thailand (account number ending -3001). On September 24, 2015, **Chateau's** CSI account at TD Bank wired approximately $17,950 to **NESBITT's** bank account at Kasikornbank in Thailand (account number ending -3001).

### E. NESBITT'S DEFRAUDING OF A VICTIM IN SCOTLAND

45. During the course of the investigation, I identified a person in Scotland ("Victim-2") who appeared to have sent a significant amount of money to bank accounts in the United States that were linked to **Marr's** money laundering network. In September 2017, I interviewed Victim-2 in Scotland. Victim-2 revealed that, between August 2015 and January 2016, he sent approximately $290,000 to bank accounts in the United States, believing that he was buying shares of stock in United States companies, such as Uber, Apple, and Netflix. Victim-2 agreed to send the money to make those purchases after a company that claimed to sell investments contacted him. The company's name was "Asset Castle Investments." Victim-2 never received the stocks or profit promised, and he did not recover any of the money that he sent to the bank accounts in the United States.

46.   Between August 18, 2015 and August 19, 2015, **Marr** and **NESBITT**

exchanged messages with each other via WhatsApp, including the following:

| Sender | Message |
|---|---|
| NESBITT | Have u got a hold of [Victim-2] yet |
| Marr | No send him email |
| NESBITT | Tge guy has dissapeared...I did allewady *[already]* |
| NESBITT | Try [Victim-2] again aswell and [Victim-1] |
| NESBITT | [Victim-1] never answered |
| Marr | No so I sent you mail for him |

47.   Between September 8, 2015 and September 9, 2015, **Marr** and **NESBITT**

exchanged the following messages with each other via WhatsApp:

| Sender | Message |
|---|---|
| NESBITT | Dont call the scottish guy I got an appointment with him next week he answered the phone...Do not call |
| Marr | OK |
| NESBITT | The guy is fucking weird..I think he knows we up to sometging |
| Marr | Oh really?...Why?...Why the client shaky? |
| NESBITT | I dunno he just seems weird I got him on a number I found online...He said never call it again...And he never cae back to the phone |
| Marr | That's strange |
| Marr | He is weird...I smelt it |

48.   On November 4, 2015, **Marr** sent an email to *info@alliedcapitalinc.com.*

The subject line was, "Ticket," and the body of the email said:

"Mr [Victim-2]
Trade date Nov 4,2015
payment date Nov 5, 2015
buy 1000 apple @90 PS
Buy 1000 Netflix @70

160k
add admin fee
:)."

49.   On January 18, 2016, **Marr** sent an email to *info@assetcastleinvestments.com.*

The subject line was, "email Please use the two emails including that new one in previous email," and the body of the email was a draft messages to be sent to Victim-2. It said:

> "Dear Mr. [Victim-2], I am writing you this email on behalf of Mr. Peters. He tried to contact you several times to wish you a Happy New Year. Mr Peters Is currently in Hong Kong handling the IMF banking for the bonds. While Mr, Peters is away on business Mr. Paul Asher at our new New York office will now be handling your account with us. Please provide the best day, time and number so that i can schedule your appointment to speak with him. I will try to contact you tomorrow. Wram Regards, Sarah Richardson
>
> [Victim-2's email address]
> [Victim-2's email address]."

## F. NESBITT'S DEFRAUDING OF A VICTIM IN IRELAND

50.     Bank records show that, on June 5, 2015, a person in Ireland ("Victim-3") sent approximately $4,265 to **Chateau's** CSI account at TD Bank.  Bank records also show that, on October 30, 2015, Victim-3 sent approximately $12,750 to **Chateau's** CSI account at Ocean Bank.  In September 2017, I interviewed Victim-3 in Ireland.  Victim-3 revealed that he sent that money to **Chateau's** bank accounts believing that he was buying shares of stock in United States companies, such as Uber.  Victim-3 agreed to send the money to make those purchases after a company that claimed to sell investments contacted him.  The company's name was "Allied Capital Inc."  Victim-3 never received the stocks or profit promised, and he did not recover any of the money that he sent to the bank accounts in the United States.

51.     Email records show that, on June 3, 2015, Victim-3 sent an email to *accounts@alliedcapitalinc.com* with the subject line "re transfer."  In the body of the email, Victim-3 wrote, "Dear sir/madam can you check the attach pls for the bank transfer pic

24

and ID," and he attached a photo of his passport and confirmation of a wire transfer to

**Chateau's** TD Bank account in the amount of $4,292.50. The Allied Capital email

account, in turn, forwarded the message and attachments to **Marr** the next day.

52. On July 21, 2015, **Marr** and **NESBITT** exchanged the following messages

with each other via WhatsApp:

| Sender | Message |
|---|---|
| Marr | U using Asia for opens? Then we load them. He is on with [Victim-3] now...I talked to him yesterday...He just asked for the money |
| NESBITT | I have an account in same name as company...Asset castle investments...Jp Morgan...Wallstreet |
| Marr | Ok that's great |
| NESBITT | So opens going tgere...Loads to td |
| Marr | Ok. Have Jefferson also |
| Marr | so do u know the lawyer pitch? |
| NESBITT | Yes...Off course |
| NESBITT | Ive created the best gig with online tradeing platforms etc...I can set up the best slop...Banking in the name of lawyers etc |
| Marr | [Victim-3] is a looser needs two months to get money together...We should get [Victim-1] for 200 thurs |
| NESBITT | Get [Victim-3] for small...No worries...Hes liquid for 30 |
| Marr | Yes will do |
| NESBITT | Take 10 off the twat |

53. Based on my training, experience, and familiarity with this investigation, I

believe that, in this conversation, **Marr** and **NESBITT** discussed targeting Victim-3.

Initially, **Marr** asked **NESBITT** if he used his Asian boiler rooms for opens, meaning

the initial contacts with intended victims. **Marr** then mentioned Victim-3 by name and

said that an associate of hers was on the phone with him. **NESBITT** responded that he

had an account in the name of Asset Castle Investments—the name of the boiler room

company that defrauded Victim-2—and explained that "open" wires from victims go

there, but that "loading" wires go to **Chateau's** TD Bank account. Later in the

25

conversation, **Marr** remarked that Victim-3 was a "lo[s]er" because he needed time to get his money together. **NESBITT** then instructed **Marr** to obtain small amounts from Victim-3 because he knew that Victim-3 had liquid assets of up to $30,000. These figures are consistent with the amounts that Victim-3 ultimately wired to **Chateau's** bank accounts.

54. Between October 22, 2015 and October 26, 2015, **Marr** and **NESBITT** exchanged messages with each other via WhatsApp, including the following:

| Sender | Message |
| --- | --- |
| Marr | I call [Victim-3] at 4:30 my time. I found his file |
| NESBITT | OK..And he spoke to Kenntg...?? |
| Marr | yes and was conversatiom..Guy tried to keep b on phone...He has him...He going to be big |
| Marr | Also I had a hacker get us more number for him and grave |
| Marr | [Victim-3's email address] |
| NESBITT | Did u speak to china man [Victim-3] |
| Marr | Yea...Call me...That's his email...[Victim-3's email address]...Send here |
| Marr | He wants to pay tomorrow |
| NESBITT | That's chinese guys not hans peter lans corredt |
| Marr | [Victim-3] or something...Asian in ireland |
| Marr | Lets see about faker... |
| NESBITT | Faker?? |
| Marr | The big client I call him faker but he seems cool on the hook |
| Marr | [Victim-3] paying tonight online |

55. As noted above, on October 30, 2015, Victim-3 sent approximately $12,750 to **Chateau's** CSI account at Ocean Bank. On October 29, 2015, **Marr** messaged **NESBITT** via WhatsApp, "That gu[y] chinese should pay tomorrow." The next day, **NESBITT** replied, "Just sent you [Victim-3] tt *[telegraphic transfer]*."

## G. NESBITT'S RECEIPT OF LAUNDERED FRAUD VICTIM FUNDS

56.     Bank records show that, between 2015 and 2017, accounts that **NESBITT** controlled overseas received fraud proceeds that are traceable to **Marr's** network of escrow bank accounts in the United States.  This includes approximately $310,234 that **Chateau's** CSI account at TD Bank wired to **NESBITT's** and J.G.'s bank accounts in Thailand between May 2015 and September 2015.  In addition, **NESBITT's** foreign bank accounts received more than $100,000 in fraud proceeds that were wired out from accounts controlled by separately-charged co-conspirator **Douglas Casimiri**.

57.     Records from the Florida Department of State, Division of Corporations, show that, on April 13, 2016, **Douglas Casimiri** was added as the manager and registered agent for CSI.  On July 11, 2016, **Douglas Casimiri** filed an amendment asking that **Chateau** be removed from the company's official paperwork.  The investigation has revealed that **Douglas Casimiri** was an "escrow agent" or "money mule" in the Middle District of Florida whom **Chateau** recruited in 2016 to open bank accounts to launder funds that the boiler rooms obtained from victims.  **Douglas Casimiri** went to open at least 16 such accounts in the Middle District of Florida and elsewhere, and he eventually learned that he was working indirectly for **Marr** as well. Those accounts were opened in the name of CSI, as well as other shell companies, such as Cornerstone Financial Strategies, LLC ("CFS") and Empire Capital Partners, LLC" ("ECP").  All of the incoming funds that **Douglas Casimiri's** bank accounts received from individuals located abroad constituted fraud proceeds.  Moreover, **Douglas**

**Casimiri** did not perform any legitimate work for CSI, ECP, or CFS, which were merely vehicles for him to launder funds for **Chateau** and **Marr**.

58.     **Douglas Casimiri** opened and operated an escrow account in the name of CSI at BB&T Bank (account number ending -6859), which **Chateau** and **Marr** had access to as well. Bank records show that this account conducted at least seven outgoing wire transfers to **NESBITT's** overseas bank accounts in 2016 and 2017, including the following transactions:

     a. November 25, 2016:  $598 wired to "Mr. Brooks Nesbitt, 33 Naresdamri Road, Hua Hin, Thailand 77110," at account number ending -3001 at Kasikornbank in Thailand;[6]

     b. December 6, 2016:  $9,471.20 wired to "Mr. Brooks Nesbitt, 33 Naresdamri Road, Hua Hin, Thailand 77110," at account number ending -3001 at Kasikornbank in Thailand;

     c. December 15, 2016:  $2,894 wired to "Mr. Brooks Nesdamri Road, Hua Hin, Thailand 77110," at account number ending -3001 at Kasikornbank in Thailand;

     d. January 10, 2017:  $1,147.50 wired to "Mr. Brooks Nesbitt, 33 Naresdamri Road, Hua Hin, Thailand 77110," at account number ending -3001 at Kasikornbank in Thailand;

---

[6] On February 7, 2015, **NESBITT** sent **Marr** messages via Whatsapp that said, "Monday send the dough directly to me...Brooks Nesbitt Kasikorn Bank [redacted]3001."

e. January 18, 2017: $1,384.98 wired to "Mr. Brooks Nesbitt, 33 Naresdamri Road, Hua Hin, Thailand 77110," at account number ending -3001 at Kasikornbank in Thailand;

f. July 20, 2017: $28,271.47 wired to "Mr. Brooks Nesbitt, Los Granados 2 Apt 602, Marbella, Spain," at account number ending -3010 at Banco De Sabadell in Spain;[7] and

g. August 3, 2017: $18,375.59 wired to "Mr. Brooks Nesbitt, Los Granados 2 Apt 602, Marbella, Spain," at account number ending -3010 at Banco De Sabadell in Spain.

59. **Douglas Casimiri** also opened and operated an escrow account in the name of CSI at Hancock Whitney Bank (account number ending -5184), which **Chateau** and **Marr** had access to as well. Bank records show that this account conducted at least the following outgoing wire transfer to **NESBITT's** overseas bank account in 2016:

a. November 8, 2016: $1,896.57 wired to "Mr. Brooks Nesbitt, 33 Naresdamri Road, Hua Hin, Thailand 77110," at account number ending -3001 at Kasikornbank in Thailand.

60. **Douglas Casimiri** also opened and operated an escrow account in the name of CFS at BB&T Bank (account number ending -0836), which **Chateau** and **Marr** had access to as well. Bank records show that this account conducted at least the following outgoing wire transfer to **NESBITT's** overseas bank account in 2017:

---

[7] On August 2, 2015, **NESBITT** and **Marr** exchanged messages via Whatsapp. In relevant part, **NESBITT** told **Marr** that "these fucks can't work in Thailand." **Marr** replied, "Maybe I recruite for u here?" and **NESBITT** later said, "I got place in marbella…im considering."

a. September 25, 2017: $5,000 wired to "Mr. Brooks Nesbitt, Los Granados 2 Apt 602, Marbella, Spain," at account number ending -3010 at Banco De Sabadell in Spain.

61.   **Douglas Casimiri** also opened and operated an escrow account in the name of ECP at Cadence Bank (account number ending -3211), which **Chateau** and **Marr** had access to as well. Bank records show that this account conducted at least three outgoing wire transfers to **NESBITT's** overseas bank accounts in 2017, including the following transactions:

a. July 13, 2017: $28,900 wired to "Mr. Brooks Nesbitt, Los Granados 2 Apt 602, Marbella, Spain," at account number ending -3010 at Banco De Sabadell in Spain;

b. August 14, 2017: $27,500 wired to "Ms Deirdre Nesbitt, 117 Davis Trail, Thornton, Ontario," at account number ending -2461 at Royal Bank of Canada in Canada;[8] and

c. August 23, 2017: $35,000 wired to "Mr. Brooks Nesbitt, Los Granados 2 Apt 602, Marbella, Spain," at account number ending -3010 at Banco De Sabadell in Spain.

62.   Given that all of the funds wired out of **Douglas Casimiri's** United States escrow accounts consisted of fraud proceeds, as well as the fact that **NESBITT** had

---

[8] On December 19, 2014, **NESBITT** sent **Marr** messages via Whatsapp that said, "Bank of Montreal...Account number [redacted]7141...Brooks Nesbitt...Beniciary a dress 118 Davis trail, Thornton Ontario Canada." The address for this other Canadian bank account in **NESBITT's** name is nearly the same as the account in the name of "Deirdre Nesbitt" at Royal Bank of Account.

coordinated and orchestrated with **Marr** boiler room activity that defrauded such victims, I believe that each of these wires transfers constitutes a transaction that was conducted with the intent to promote the carrying on of wire fraud and to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of wire fraud. The same is true of the wire transfers to **NESBITT's** overseas bank accounts from Chateau's CSI accounts in 2015.

### III.   CONCLUSION

63.   Based on the foregoing, there is probable cause to believe that **NESBITT** has committed violations of 18 U.S.C. §§ 1349 and 1956(h). Accordingly, I request that the Court issue a warrant for his arrest as to those offenses.

_____
Justin Deutsch, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this _19_ day of December 2018, in Tampa, Florida.

_____
THOMAS G. WILSON
United States Magistrate Judge
Middle District of Florida